**Martinho De Joao ROCHA, Petitioner–Appellant,**

v.

**Dora SCHRIRO; et al., Respondents–Appellees.**

No. 06–15505.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006 *.

Filed Dec. 29, 2006.

Martinho De Joao Rocha, Buckeye, AZ, pro se.

Diane M. Acosta, Esq., Office of the Arizona Attorney General, Phoenix, AZ, for Respondents–Appellees.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

## MEMORANDUM **

Martinho de Joao Rocha appeals pro se from the portion of the district court's

---

* The Honorable Emmett Ripley Cox, Senior United States Circuit Judge for the Eleventh Circuit, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

March 1, 2006, interlocutory order that denies his motion for reconsideration. We dismiss for lack of jurisdiction. *See Gulfstream Aerospace Corp. v. Mayacamas Corp.,* 485 U.S. 271, 276, 108 S.Ct. 1133, 99 L.Ed.2d 296 (1988).